JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

QUSAY CHARAF,

                Petitioner,

          v.

JAIME RIOS et al,

                Respondent.

Case No. 5:26-cv-01971-MAR

JUDGMENT

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner from custody subject only to the conditions of his preexisting parole; return all of Petitioner's belongings, including his identification documents; file a statement within one business day of Petitioner's release, attesting to Respondents' compliance with this Order; and to not re-detain Petitioner without written notice of the reasons for revocation of his parole and a pre-deprivation hearing before a neutral immigration judge to determine whether detention is warranted. At such a hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

///

///

///

Dated: May 5, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2